IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACQUELYN HARDY,            )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       2:24cv326-MHT
                            )           (WO)
WILLIAM A. BELL,            )
                            )
     Defendant.             )
```

OPINION

Plaintiff filed this lawsuit against a state-court judge asserting that she was denied her Sixth Amendment rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled, and the magistrate judge's recommendation adopted only to the extent that it recommends dismissal with prejudice on the basis of judicial immunity.

An appropriate judgment will be entered.

DONE, this the 19th day of September, 2024.

                                         /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**