IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELYN HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv326-MHT |
| | ) | (WO) |
| WILLIAM A. BELL, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 13) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 12) is adopted to the extent set forth in the opinion entered today.

(3) This lawsuit is dismissed with prejudice on the basis of judicial immunity.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of September, 2024.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**